IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREEM ALI GREENE, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | No. 11-2947 |
| | : | |
| JEFFREY A. MARTIN, et al., | : | |
| Respondents. | : | |
| | : | |

## ORDER

**AND NOW** this 22nd day of August, 2011, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Consideration of the petition for write of habeas corpus is stayed until the conclusion of the state court appellate proceedings; and

3. Petitioner and Respondents shall notify the Court within thirty (30) days of the conclusion of the state court proceedings so that the habeas petition may proceed in this Court.

BY THE COURT:

/s/ Mitchell S. Goldberg

**MITCHELL S. GOLDBERG, J.**