IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREEM ALI GREENE | : CIVIL ACTION |
| v. | : |
| LOUIS FOLINO | : NO. 11-2947 |

### ORDER

**AND NOW,** this 15th day of February, 2013, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DENIED**;

3. There is no basis for the issuance of a certificate of appealability;

4. The Clerk of Court shall mark this matter **CLOSED** for statistical purposes.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.